**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CORTEZ HASELRIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-662 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Maureen P. Kelly |
| JOSEPH LAURICIA, PSP Vice; JOHN DOE ) | |
| 1, PSP TROOPER; JOHN DOE 2, PSP ) | |
| TROOPER; JOHN DOE 3, PSP TROOPER; ) | |
| and PENNSYLVANIA STATE POLICE, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 23rd day of April, 2025, upon consideration of the Report and Recommendation of United States Magistrate Maureen P. Kelly dated April 2, 2025, (Docket No. 9), recommending that Plaintiff Cortez Haselrig's Complaint be dismissed, without prejudice, for failure to prosecute and failure to comply with Court Orders, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by April 21, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of April 2, 2025, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint (Docket No. 1-1) is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Plaintiff has failed to respond to multiple deficiency orders issued by the Magistrate

Judge and has not cured the defects outlined in the Magistrate Judge's Show Cause Order of September 17, 2024 directing him to show cause why the action should not be dismissed due to his failure to provide a certified copy of his inmate trust fund account statement, a notice authorizing the withdrawal of funds from said account, service copies of his complaint, waiver of service forms and other necessary matters to prosecute this lawsuit, and such facts are further buttressed by Plaintiff's failure to file objections to the Report and Recommendation of April 2, 2025 by the date of this Order;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Maureen P. Kelly

cc:   Cortez Haselrig
      QQ8052
      SCI Forest
      P.O. Box 307
      286 Woodland Drive
      Marienville, PA 16239

      Cortez Haselrig
      1744-2022
      Westmoreland County Prison
      3000 S. Grande Blvd.
      Greensburg, PA 15601
      (via first class mail)